IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL N. BEATON,

       Plaintiff,                   No. CIV S-07-0145 MCE DAD PS

     vs.

ED H. JOHNSON,

       Defendant.              ORDER

_____/

         Plaintiff, proceeding pro se, has filed a motion to dismiss this case.  The record reflects that defendant has not answered plaintiff's complaint or moved for summary judgment. Plaintiff's July 5, 2007 motion to dismiss is construed as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1), and the Clerk of the Court is directed to close this case.  IT IS SO ORDERED.

DATED: July 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\beaton0145.vol.dism